# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 16, 2017**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| United States of America<br>v.<br>JOSE TREVINO GALLEGOS, | )<br>)<br>)<br>) Case No:  2:13CR02068-001<br>) USM No:  14846-085<br>) |
| Date of Original Judgment:  04/09/2014<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Andrea K. George<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  04/09/2014  months **is reduced to**  168  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  04/09/2014  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  02/16/2017

*Judge's signature*

Effective Date:
*(if different from order date)*

The Honorable Salvador Mendoza, Jr.     Judge, U.S. District Court
*Printed name and title*